UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO:

**FILED**
JAMES J. VILT, JR. - CLERK

NOV 1 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

ALBERTO SANTIAGO JAMES SR
PLAINTIFF

COMPLAINT FOR A CIVIL ACTION

PURSUANT TO RULE 40.3

CASE NO: 3:23CV·565· RGS

JURY TRIAL    YES ✓

-AGAINST-

REGINA S. Edwards                              DEFENDANT
Magistrate Judge
Defendant

ALSO  PURSUIT TO
28 U.S.C. &351-364,

Comes Now Plaintiff and Moves this court pursuant to Rule to 40.3 and 28U.S.C.&& 351-364

The Plaintiff case has been sitting in this court for over three years now for "NO" reason

whatsoever. "OTHER" THAN" Ms Regina Edwards wanting the Defendants to just say

something so that she could, "DISMISS", this "CASE". As well as Ms Regina Edwards has

"BROKEN" Every Federal Civil Rule of Procedure from (1) to (60) of this court.As well as the

(LAW), ("INTENTIONALLY") ("DELAY") this case for three years. By Ms Regina S. Edwards

("PLEADED") for the Defendants for two and half years. ("EVERY" "ORDER") That Ms Regina

S.Edwards put out The Defendants and their Attorney Mr Brian Darling ("ANSWER") To The

("ORDERS") Was ("F/U"). And After all her Orders Defendants Never ("ANSWER")  or

("REPLY") and ("NETHER") ("RESPOND") to any of her ("ORDERS") ("NOTHING") Ms Regina

S. Edwards just said ("OKAY") I Will Just Give you more ("TIME") and if you don't feel like

("ANSWING") Next Time I Will Just Give you more ("TIME"). Don't wearing about the Plaintiff he

Just a ("STUPID") ("HISPANIC"). So she thought Plaintiff was. SEE,.) (EXHIBIT"), (A),See, First

Order Filed 04/20/2023. The first 21 days Start. Violation Number one. The Deadline was April 5

2023 and April 6 2023. The First F/U to the Court and the First Violation by Ms Regina S.
Edwards by

her Pleading for Defendants by extending them time, and Showing Favoritism, Leniency, and

Rewarded them by giving them more time. Violation of Federal Rule of Civil procedure rule

(6)(A), ("DEFAULT") (JUDGMENT") ("SHOULD") Have been entered.

PAGE (1)

SEE,.) (EXHIBIT) (B) Order Filed On 5/ 15/ 2023 The Defendants Stated that the reason they

did not response was because they were not property served with a copy of the Complaint this

("ARGUMENT") (SHOULD") have Never been ("HARD") Due to Fact that they had already

("DEFAULTED") Due to lack of prosecution On 04/ 20/ 2023, and the Fact that Ms Regina S.
Edwards ("ORDER") for

("EXTENSION") was Illegally ("ENTERED") Rule (6) (A). and Rule (9) (D) OFFICIAL

DOCUMENT OR ACT. In pleading an official document or official act, it suffices to allege that

the document was legally issued or the act legally done. As well Denying Plaintiff Due process

rights, Civil rights, and Constitutional rights. Right to be hard, Right to Access to the courts. And

Prejudice, and Discrimination. As well as illegally intentionally Delaying the proceedings.

SEE,.) (EXHIBIT) ORDER (C). The ("UNNECESSARY") Pleading that Ms Reina S. Edwards

had Plaintiff do. This gave the Defendants a unfair Advantage and more time as Defendants

were already served, and the court knew this as the court ordered it on 03/ 03/ 23, Violation of

Rule 11(1). ("ARTICLE") II. MISCONDUCT AND DISABILITY (2), Abusive or Harassing

Behavior. Cognizable misconduct includes: (A). engaging in unwanted, offensive, or abusive

sexual conduct, including sexual harassment or assault;

PAGE (2)

As Plaintiff Stated that he needed more time due to the fact that he was admitted to the hospital

for ("GASTRITIS") Stomach issues. Ms Regina S. Edwards Became Abusive and Harassing

when she Stated Plaintiff is once again warned that his failure to file a written status report

dismissal of his claims for his insufficient service may result in a recommendation of dismissal of

His claim for failure to prosecute. (ANY ADDITIONAL REQUESTS FOR TIME MUST BE

SUPPORTED BY GOOD CAUSE). This was (DISCRIMINATION). As Plaintiff was

(HOSPITALIZED) That was ("GOOD CAUSE").  This Order was ("UNAUTHORIZED") as

Defendants had already (DEFAULTED), On 04/ 20/ 2023, for lack of prosecution and the fact

that Ms Regina S. Edwards ("ORDER") is illegal ("ENTERED"). Violation of Federal Civil rule of Procedure Rule (9) (D).

SEE,.) (EXHIBIT) (D) ORDER Filed On 06/ 22/ 2023, Plaintiff filed his Motion to Show cause

and Motion for status Report, On june 1th 2023 Court being Advice and Satisfy. On this Same

date the Defendants Should had filed their response and reply, and Answer but did not and Once again said F/U to the courts as they

used the excuse that they were not properly Served with a copy of the complaint so for this

reason they didn't have to file a response. This was ("UNEQUIVOCALLY") FASLE Due to the

PAGE (3)

fact that they were served two times now by the Plaintiff and the courts. Court Order On 03/ 03/ 2023. And the fact that this was the second time that they used this ("EXCUSE").  Ms Regina S. Edwards ("EXCUSE") to ("VIOLATE") the Law was That this was a ("DISAGREEMENT") Between the ("PARTIES") Whether proper service was achieved. (NO) HOLD On this is a (INJUSTICE) by  JUDGE Ms Regina S. Edwards  and the Defendant's Attorney Brian Darling (ONE) the Judge ("SHOULD") had

("ENTERED") (DEFAULT") JUDGMENT") Already When there was ("ABSOLUTELY") No Response to the First Order.    (TWO) Ms Regina S, Edwards  Judge ("SHOULD") had ("ENTERED") Rule (11). (b),(1), (2),(3),(4),(1),(2),(3),(4),(SANCTIONS) ("SHOULD") had been ("APPLY") But ("INSTAD") Ms Regina S. Edwards

Decedice to Violate the ("LAW") and the ("RULES") and gave the Defendants ("FAVORITISM")

and ("LENIENCY") As well as ("REWARDING") them with more time. Violation of Rule (6)(A) and Rule (9)(D).

Once again. This ("ORDER") Is ("UNAUTHORIZED") and illegally ("ENTERED"). As

Defendants had Already Defaulted Due to lack of prosecution. As well as their Attorney Brian

Darling Violating Rule 11(b).and The Fact that Ms Regina S. Edwards ("ORDER") Is a Violation of Rule (9)(D).

SEE,.) ("EXHIBIT") (E). ORDER Filed On 09/ 21/ 2023, Plaintiff had filed for Status Report

PAGE (4)

ASKING for Default Judgment as it has Been Two Months has gone bye and the courts had not

entered Default Judgment Jet and ("DEADLINE") has passed and Once again said F/U to the

Courts ("WHICH") Motion for Default Judgment ("SHOULD") Have been ("FILED"). Ms Regina

S. Edwards ("DID") ("GRANT")

Plaintiff Motion For Default Judgment. And at the same time ("VIOLATED") his Constitutional

Rights, Civil Rights, as well as Federal Rules of Civil Procedure Rule 11(b), Rule 6(A). And Rule

9(D). By entering an illegal and ("UNAUTHORIZED") ORDER Again for the Defendants as

Defendants Defaulted Seven times already for lack of prosecution and for their answer that was

F/U to the courts as they gave ("ABSOLUTELY")  No Respond. And Ms Regina S. Edwards

Showing ("FAVORITISM") and (LENIENCY") as well ("REWARDING") them by

("EXTENDANTING") them more time Violation of Rule 6(A) and Rule 9(D) and Rule 11(b),

("DIRECT") ("INTEN") To Commit a Crime. Ms Regina S. Edwards ("DISREGARDS") and

("DISRESPECT") for the LAW and the Courts Rules as well as Plaintiff. These ACTS  (COST)

Plaintiff, his ("RIGHTEOUS") ("JUDGMENT").

On this same Order Ms Regina S. Edwards finds that Show -cause proceedings are necessary.

PAGE (5)

Motion for Default Judgment was Granted in part to extent that Defendants Ms Chill and Key

Property Management SHOW-CAUSE in writing within (14) days entry of this order for their

failure to timely responsive Pleadings and for why default judgment should not be entered in

Plaintiff favor.

SEE,.) ("EXHIBIT") (F). ORDER Filed On 10/ 17/ 2023, By Ms Rebecca Grady Jennings

Magistrate Judge. The Judge who entered the first three Orders who is part of this

("CONSPIRACY") This ("ORDER") Was entered by someone that was on ("SOMETHING")

,Meditation, Drugs, ("SOMETHING"). Or Not Verse In Law. or Writing ("ORDERS"). ("PRO,Se")

Work. Violation Number One The Order did not have the complete Heading, Federal Rule Of

Civil Procedure Rule 10 (a) This Order did not have the date the Defendants entered their

Motion for Extension of time. Or Nether did it have a ("SPECIFIC") (EXPLANATION) has to

what was the good cause as to why they had told the courts to go F__k themself ("SEVEN")

("TIMES") Their could be ("ABSOLUTELY") No Possible ("EXPLANATION") That could

("JUSTICE") F__k YOU ("SEVEN") (TIMES). Nor these Acts or Actions, This ("ORDRER") did

not have ("TITLE") ORDER On it Violation of Federal Rule Of Civil Procedure Rule 10.    This

Order did not have the Judge's explanation as to her explanation of Law as to what was her

PAGE (6)

good cause for ("GRANTING") It. Violation of Federal Rule Of Civil Procedure Rule 10 also

Violation of Rule 12(C)(2)(3) Plaintiff had the right to reply to their ("ANSWER"). Of their

Responsive  good Cause. But because of Ms Rebecca Grady Jennings total ("DISREGARDS")

and (DISRESPECT") for Law and Rules of the court and Plaintiff they both Violated Rule 6 (A),

9(D), Rule 11(B), and the Fact that the ("ORDER") was not ("AUTHENTIC") or and

("AUTHORIZED"). No Good. the ("DEFAULT") (JUDGMENT) That was ("ENTERED") On 09/

21/ 2023 Still ("STAN") As ("OFFICIAL") and ("FANAL") ("DEFAULT" (JUDGMENT")
("GRANTED"). In Plaintiff Favor.

SEE,.)    ARTICIE.  GENERAL PROVISIONS

1.  Scope and Covered Judges  Scope. These Rules govern proceedings under the
    Judicial Conduct and Disability Act (ACT),28 U.S.C.&& 351-364,to determine whether a
    covered judge has engaged in conduct prejudicial to the effective and expeditious
    administration of the business of the courts or is unable to discharge the duties of office
    because of mental or physical disability.

(1) Misconduct Generally. Cognizable Misconduct is conduct prejudicial to the effective and
    expeditious administration of the business of the courts. Cognizable misconduct
    includes, but is not limited to, the following

    Engaging in improper ex parte communication with parties or counsel for one side in a
    case.

    Violating rules or standards pertaining to restrictions on outside income or Knowingly
    violating requirements for financial disclosure.

    Abusive or Harassing Behavior. Cognizable misconduct includes:

    Treating litigants, attorneys, judicial employees, or others in a demonstrably egregious

PAGE (7)

and hostile manner; or

Discrimination. Cognizable misconduct includes intentional discrimination on the basis of race, color, sex, gender, gender identity, pregnancy, sexual orientation, religion, national origin, age, or disability;

Interference or failure to Comply with the Complaint process. Cognizable misconduct includes refusing, without good cause shown, to cooperate in the investigation of a complaint or enforcement of a decision rendered under these Rules; or

Failure to Report or Disclose. Cognizable misconduct includes failing to call to the attention of the relevant chief district judge or chief circuit judge any reliable information reasonably likely to constitute judicial misconduct or disability.

Conduct Outside the performance of Official Duties. Cognizable misconduct includes conduct occurring outside the performance of office duties if the conduct is reasonably likely to have a prejudicial effect on the administration of the business of the courts, including a substantial and widespread lowering of public confidence in the courts among reasonable people.

## I.    THE PARTIES TO THIS COMPLAINT

The Plaintiff

Alberto James Santiago Sr.
850 W Muhammad Ali Blvd
Apartment Number 407.
Louisville KY, 40203
Telephone Number (502)-882-3976
Email:santiagoalberto932@gmail.com

## II.    THE DEFENDANT

DEFENDANT NO: 1

Ms Regina S. Edwards Magistrate Judge

Job To secure the just, speedy, and inexpensive determination of every action and

proceeding. TITLE: Magistrate Judge.

UNITED STATES DISTRICT COURT
106 W. Snyder U.S. Courthouse
601 W. Broadway
Louisville KY, 40202-2249
Telephone Number (502)-625-3500 or (502)-625-3518
Email:  https://www.uscourts.gov

STATEMENT OF CLAIM

RULE (1). SCOPE OF PURPOSE

These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in rule 81. They should be construed, administered, and employed by the parties to secure the just, speeding, and inexpensive determination of every action and proceedings.

Plaintiff filed his complaint on Dec 10th of 2021. On Jan 24, 2022, this court entered an order

GRANTING Plaintiff to proceed forma pauperis. On March 3th, 2023, this court entered an

order as follows: (1) THE CLERK OF COURT SHALL ISSUE SUMMONSES FOR

DEFENDANTS CHILL, HEXT, AND KEY PROPERTY MANAGEMENT, AND THE U.S.

MARSHALS SERVICE SHALL SERVE a copy of the complaint { DE 1 }, the separate

Memorandum Opinion of and order entered this date, this order, and summonses on these

Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

On March 3rd of 2023 the court entered an order that was "PREJUDICE" to the Plaintiff.

This court entered an order DIRECTING Plaintiff to provide a written notice of a change of

address to the Clerk and to Defendants' counsel - see LR 5.3(e).

Also, Plaintiff was WARNED that failure to notify the Clerk of Court of any address change or

failure to comply with any order of the Court may result in DISMISSAL of this case.

> Which the Defendants have "VIOLATED" never giving a
> written notice of a change of address for Ms. Hext  They
> failed to comply with any and all orders of the Court  and such action
> Should result in dismissal of the Case. If this rule applies to the
> Plaintiff, it should apply to the Defendants as well.

Pursuant to 28 U.S.C. / 636 (b)(1)(A), this matter was REFERRED to United States Magistrate

Judge Regina S. Edwards for resolution of all litigation Planning issues, a scheduling

conference, entry of scheduling orders, consideration of amendments thereto, and resolution of

all non-dispositive matter, including discovery issues. Magistrate Judge Edwards is further

authorized to conduct a settlement conference in this matter at any time.  A separate order

scheduling the Rules 16 Conference will be issued by the Chamber of United States Magistrate

Judge Edwards.

## MEMORANDUM OPINION AND ORDER

On March 3rd of 2023 , this Court entered a Memorandum Opinion and Order.  A

SUMMARY OF RELEVANT FACTUAL ALLEGATIONS  II. ANALYSIS At this point Defendants

were quite aware of the complaint as they were ordered to be served a copy of the Complaint

(DE 1). A separate order was entered  this same date (see Order filed on 03/03/2023. The Clerk

of Court iissued summonses for Defendants Chill, Hexxt, and Key Property Management, and

the U.S. Marshal's service shall serve a copy of the complaint. The Defendants had a clear

understanding of the proceeding due to the court entering an order directing service upon

Defendants Chill, Hext, and Key Property Management.

Both  Defendants  and Key Property Management was executed on March 15th, 2023  ( DN 14

)

and Defendant Elishia Chill was executed on March 16, 2023 (DN 13 ). Federal Rule 4 (A),

Federal Rule 4.1 states that Plaintiff also has a "CONSTITUTIONAL CHALLENGE" " per

Federal Rule 5.1 of the Federal  Rules of Civil Procedure.  Magistrate Judge Regina S Edward

ordered that the Defendants had twenty-one days from the day the Order was entered to reply

or respond.

April 5th of 2023 was the deadline for Defendants to file a "RESPONSE" or a "REPLY" and

 to enter an appearance on their behalf.  Neither Defendant Elishia Chill nor Defendant Key Property

Management  or counsel enter an appearance on their behalf and neither party filed an answer by the deadline . At this point, an Order for Dismissal should have been entered.

This case should have found to be in default  for the Defendant's lack of or failure to respond.

Instead,  Magistrate Judge Rebecca Grady Jennings allowed Defendants

to turn this court into a "KANGAROO" Court. As Defendants have never  filed for an extension of time and were given yet another chance to respond.

Federal Rules 6(A), (B),(C),and (D). At this time allowing the Defendants to do whatever they

Desire. This prejudiced the Plaintiff as on the order that was filed on 05/15/2023. This court made it clear to the Plaintiff that if Plaintiff  did not file a timely  Motion that Plaintiff's case would be recommended for dismissal. These warnings were never stated to the Defendants and Defendants continued to repeatedly ignore all  of the Court's rules for filing  timely Pleadings and Responses.

On this same Order,  Defendant's stated  that they were never properly served and so  for this reason they did not have to file a  timely response because Plaintiff did not serve them with a copy of the Complaint. This claim was false and was used as an excuse by the Defendants to not respond to the Complaint in a timely manner.  The Court was aware and there is proof to show that the  Defendants were properly served with a copy of the Complaint  on March 3rd 2023. Instead, the Court allowed Defendants to delay the proceedings yet again.

The proceedings By making the plaintiff to "SHOW CAUSE" in written status report. For Plaintiff failure to properly serve the Defendant's in addition to Plaintiff failure to serve Defendants Laurie Hext.

Once again this court went as far to "GIVE" Plaintiff another warning for not properly serving the Defendant's. And order Plaintiff to show cause in writing a motion for status report filed in court record by May 24, 2023. Once "AGAIN" this court went as far to "WARNED" that his failure to file a written status report or properly show cause for his insufficient service may "THERE GO THAT WARNING AGAIN" Result in a recommendation of dismissal of his claims for failure to prosecute. On May 25, 2023 Plaintiff filed a Motion for extension of time AS Plaintiff was JUST Release from the hospital due to "GASTRITIS" Stomach issues, and that his caregiver had just picked up his mail on May 24, 2023, and that Due to Plaintiff being evicted Plaintiff had misplaced some paperwork and the postal receipt was lost in the process of moving. Accordingly,  the court gave Plaintiff twenty-one days (21) additional days from date of entry of this Order to show cause in written status report for his failure to properly serve the Defendants in this case. Plaintiff is "ONCE" again "WARNED" that his failure to file a written status report or properly show cause for his insufficient service may "RESULT" in a recommendation of dismissal of his claims for failure to prosecute. Magistrate Judge Regina S. Edwards. Went on to say that "ANY" additional "REQUEST" for extension of time must be "SUPPORTED" by good case. {AS} if Plaintiff "REASON" was not a good cause. And the fact that Defendants were already served by Plaintiff and the court. Ms Edwards "SHOULD" had "KNOW" This As Plaintiff mailed the summons and the complaint in the same envelope.

On June 22, 2023 the court gave Defendants twenty-one days from June 22 2023  to file a response and reply on the entry of this order to file an answer or a responsive motion they deem

appropriate.   They did not respond or reply the Magistrate Regina S. Edwards "SHOULD"

Have allowed Plaintiff motion for default Judgment, To be "GRANTED" "BUT" It Was "IN"

"PART" The Defendants was "REWARDED" ONCE" "AGAIN"  For Saying F/U to the Court  For

there

 { FOURTH } Time.   Orders that they had "DISRESPECTED" and "DISREGARDED"  Never

File any

 respond to or "NEITHER" NOR "ANSWERED". The Magistrate ReginaSEdwards

"REWARDED" Defendants "AGAIN" By "SHOWING" "FAVORITISM", "LENIENCY", And

"PLEADING" For the Defendants. "BY" "EXTENTEN" More "TIME" to the Defendants.   "TIME"

that the Defendants did not file a "MOTION" For. {SEE}: Federal Rule of Civil Procedure Rule 6,

(a), (1), (A), (B),

(b). EXTENDING TIME.

    (1)    In General. When an act may or must be done within a specified time, the court

       may.for "GOOD" "CAUSE" Extend the time:

    (2)    (A) with or without motion or notice if the court acts, or if a request is made, before the

       original time or its extension expires; or

       (B) on motion made after the time has expired if the party failed to act because of

       excusable neglect.

       (2) Exceptions. A court must not extend the time to act under Rules 50(b) and (d). 52(b).

       59(b). (d). And (e). And 60(b).

       (c) MOTIONS, NOTICES OF HEARING, AND AFFIDAVITS.

Plaintiff moves to Federal Rules of civil Procedure, Rule 12. Defenses and Objections: When and How Presented; Motion for Judgement on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing.

Rule 12(A). Is clear and concise Defendants had twenty-one days to file a response and unless they waived service under rule 4(d). (b). Plaintiff Should have had a chance to reply or answer. Plaintiff was Never given the Opportunity to answer . Plaintiff Comes now and Moves this Court Per Federal Civil Rules of procedure Rule 46. Plaintiff Object to this court "Orders"

As Plaintiff never saw Defendant's response,  Rule 8.(a), (1), (2), (3), (b), (1), (A), (B), (2),(3),(4),(5),(6),and (1). General Rules of Pleading, Or never was given his "RIGHT" To "RESPOND" Rule 7. (2) TITLE III  Also the Magistrate Judge Edwsrds "ALLOW" "PREJUDICE" to the Plaintiff Proceedings as Defendants, Defendants Atteony.and Ms Edwards Judge "INTENTIONALLY" Delay" this case for "TWO" YEARS" "BY".  Rule 11, (b), (1),(2),(3),(4), "INSTEAD" Of Ms Edwads Judge Following the law and the Rules 11(c), SANCTIONS (1),(2) She, ( One) Shown FAVORITISM" , To the Defendants. "GIVING" Defendants "LENIENCY" , "PLEADING" For the "Defendants. And "REWARDING" Defendants By "EXTENDING" Defendants More "TIME".  Never gave a clear or concise nor or neither a "SPECIFIC" "EXPLANATION" on her Order "WHICH" Is in "QUESTION" as to what Defense the Defendants were claiming. Nor the date the response was filed. "NEITHER" Did it have "A" "TITLE" Federal Rule Of Civil Procedure Rule 10. Form of Pleadings. Ms Edwards "ORDER"  Heading was "INCOMPLETE" . Rule 9. (d). OFFICIAL DOCUMENT OR ACT. In pleading an official

document or official act. It suffices to allege that the document was legally issued or the act legally done.This Order is "NOT" "LEGAL"Per Rule 10  Plaintiff at this time feels that he is being "DISCRIMINATE" Against in Two "FORMS" One "ETHNICITY" As he is a "HISPANIC" "LITIGATOR" And Two he is a "PRO"SE"  "LITIGATOR" This "BRING" UP CIVIL Rights Violations. Per Federal Civil Rule  5.1 "CONSTITUTIONAL" "QUESTION".

{SEE}: & Title 28  section  453. Oaths of justices and judges Of the JUDICIARY AND JUDICIAL, PROCEDURE Eech justice or judge of the United States Shall take the following oath

or affirmation before performing the duties of his office: "I, Magistrate judge Regina S. Edwards, do solemnly swear to affirm) that I will administer justice without respect to persons,   and do equal rights to the poor and impartially discharge and perform all the duties incumbent upon me as JUDGE_under the Constitution and laws of the United States. So help me God,"

Also

{SEE}:. & section, 455, Disqualification of justice, judges, or magistrate judge.

- (a) Any justice, judge, or magistrate judge of the United States shall disqualify him/her in any proceeding in which his/her impartiality might reasonably be questioned. (b) He/her shall also disqualify him/herself in the following circumstances:
- (1) Where he/her has a party. Or personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding:

Plaintiff Has "LOST" All Confidence In the "ABILITY" for Ms Regina S. Edwards to continental this case as Ms Regina S.Edwards has "VIOLATED" almost every Federal Civil Rule and Procedure of the courts, As well the Codes of Conducts. These Proceedings are starting to to

To remind Plaintiff of the administrative hearings. The Defendant's "DID" the same thing at the Administrative level they made a "MOCKERY" of the "Human Rights Commission ". U.S. Department Of HUD, "HEARING" and "DELAY" it for Seven Months. "ONLY" to come up with "FALSE" "STATEMENTS" "NO EVIDENCE" "NO WITNESSES" Nothing other than that the Defendant's Didn't do it.

Well what Happen next is the same thing that's happening here in this court "CORRUPTION" The Human Rights Commission went along with the Defendant's Ms ELISHIA CHILL, and KEY PROPERTY MANAGEMENT and Simply "STATED" that they are not saying that the "INCIDENT" didn't Happen but that they just Don't see it right now.

The Lexington Fair Housing Council was the only agency that held to a high "STANDARD" and "INTEGRITY" as they "FOUGHT" the "BATTLE" for three years all the way to the end and "ADVISED" me to take this matter to federal court. As we thought that we would get"JUSTICE" In Federal Court but that is not the case.

"INSTEAD" Plaintiff is being "DENY" access to the court and being "DENY" the Right to be "HARD" and Fundamental rights that is "GUARANTEED" by the constitution of the United States.  Blair v. Maynard, 324 S.E.2d 391 (West Virginia 1984).

Ms Regina S. Edwards Magistrate Judge  "SHOULD" :EXCUSE" herself for not "ABIDING" by her responsibility to keep herself apprised of change in the law and in following the Federal Civil Rules of Procedure in the law and Proceeding "accordingly" and her "DISREGARD" and "DISRESPECT" for the Plaintiff as well her "DIRECT" "VIOLATIONS" Of Plaintiff Civil Rights to "DUE PROCESS" As Ms Reginia S. Edwards "PLEADED" for the Defendant's By filing extension of time for the Defendant's, when the Defendant's had just told the courts to go F—k themself. Defendant's did "NOT" Respond to Judges Orders. Ms Regina S. Edwards rewarded them,

By showing them "FAVORITISM" and "LENIENCY" a Clear "VIOLATION" of the requirement

that a Judge be "FAITHFUL" to "LAW" and maintain professional competence"). "TRAINING"

and available resources were also emphasized by the kentucky Supreme Court when it found

that a "JUDGE'S contempt decision went beyond legal error and "DISPLAYED" a bias or

preconception or a predetermined view ...so as to impugn the impartiality and open-mindedness

necessary to make correct and sound rulings in the case."(SEE). Gormley v. judicial conduct

commission, 332 S.W.3d 717 {Kentucky 2010}. Ms Regina S.Edwards "SHOULD" have

Known, that she was acting erroneously in this case. But proceeded to plow forward without

regard for fundamental rights and with a :DISREGARD" for the "LAW". Similarly, in Woolbright,

12-051,Order (Arizona Commission judicial Conduct August 21, 2012) This court "SHOULD"

have known the decision was wrong and suggest the error was negligent or even "WILLFUL",

not a good "FAITH" "MISTAKE".


## CODE OF CONDUCT FOR UNITED STATES JUDGES

Federal judges must abide by the Code of Conduct for United States judges, a set of ethical

principles and guidelines for judges on issues of "INTEGRITY" and independence, judicial

diligence and "IMPARTIALITY", permissible extra-judicial activities, and avoidance of

"IMPROPRIETY" or even it's "APPEARANCE" .

"VIOLATIONS" Rule 3.1 (A),(B),(C).Also See, Rule 3.7 Rule 3.9 Rule 3.10 Rule 3.12

For this plaintiff is asking for Regina S. Edwards to "RECUSE" herself from this case as Ms

Regina S. Edwards has been "BIAS" and "UNFAIR". AS "EVERY" RULE has been "VIOLATED"

here by Ms Regina S.Edwards Judge Magistrate From Rule 1 To Rule 46 as well as Code Of

Conduct as well as the Constitution  as well as the canon Rule (1) (2) (3) and (ON).

## THE CONSTITUTION

The First Amendment provides that Congress make no law respecting an establishment of religion or prohibiting its free exercise. It protects freedom of speech, the press, assembly, and the right to petition the Government for a redress of grievances.

The Fifth Amendment provides that citizens not subject to criminal prosecution and punishment or Civil Actions without due process.

The sixth Amendment assures the right to speedy trial by a jury of one's peers, to be informed of the crimes with which one is charged, and to confront the witnesses brought forward by the government. The amendment also provides the accused the right to compel testimony from witnesses, as well as the right to legal representation.

The Seventh Amendment provides that civil cases preserve the right to trial by jury.

## CANON 2

Rule 2.1 Giving Precedence to the Duties of Judicial Office.

The duties of judicial office, as prescribed by law, shall take precedence over all of a judge's personal and extrajudicial activities.

Rule 2.2 Impartiality and Fairness

A judge shall uphold and apply the law, and shall perform all duties of judicial office fairly and impartially.*

## COMMENTS

{1} To ensure impartiality and fairness to all parties, a judge must be objective and open minded. {2} Although each judge comes to the bench with a unique background and personal philosophy, a judge must interpret and apply the law, a judge sometimes may make good-faith errors of fact or law. Errors of this kind do not violate this Rule.

{4} At times, judges have before them unrepresented litigants whose lack of knowledge about the law and about judicial procedures and requirements may inhibit their ability to be heard effectively. A judge's obligation under Rule 2.2 to remain fair and impartial and to uphold and apply the law does not preclude the right to be heard, so long as those accommodations ensure an represented litigant an unfair advantage. This rule does not require a judge to make any particular accommodation.

Rule 2.3 Bias, Prejudice, and Harassment

(A) A judge shall perform the duties of judicial office, including administrative duties, without bias or prejudice.

(B) A judge shall not , in the performance of judicial duties, by words or conduct manifest other subject to the judge's direction and control to do so. Manifesting bias or prejudice, or engaging in harassment, against parties,witnesses, lawyers, or others.

Rule 2.6 Ensuring the Right to be Heard

(A) Judge shall accord to every person who has legal interest in the a in the proceeding, or that person's lawyer, the right, the right to be heard according to law.*

(B) The right to be heard is an essential component of a fair and impartial system of justice. Substantive rights of litigants can be protected only if procedures protecting the right to be heard are observed.

Rule 2.11 Disqualification

Ms Regina S. Edwards has been Pleading for the Defendant's Elishia Chill and Key Property Management Since 2022. Ms Edwards has given the Defendant's "an unfair Advantage" to Elishia Chill and Key Property Management litigants, "Ms S. Regina Edwards should have resisted unreasonable demands for assistance that did give the plaintiff an unfair advantage".

## OBJECTIONS TO "ALL"COURT ORDERS
## DUE TO CIVIL RIGHTS VIOLATIONS

### ORDER NUMBER ONE

On 01/24/ 2022 The Court had entered an Order that plaintiff was allowed to proceed in forma pauperis as it took Ms Regina S. Edwards, A whole year to decide if the case Stated a Claim. As it was filed on 12/ 10/ 2021. Never Had A judge take that long to decide on a case.

### ORDER NUMBER TWO

number one, Order entered On 03/ 03/ 2023 Ms Regina S. Edwards Magistrate Judge entered an Order  to the clerk of court. Order Stated conducted an initial review of the complaint {DE1} pursuant to 28 U.S.C.& 1915(e) and McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997), overruled on other grounds by jones v. Bock, 549 U.S. 199 (2007). Upon review, the allowed Plaintiff's claims under the fair Housing Act alleging discrimination based on plaintiff's national origin and disability, realiation, and failure to make a reasonable accommodation and his claims under Title VI  of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation At alleging discrimination to proceed against Defendant's Elishia Chill, Laurie Hext, and Key Property

Management. Plaintiff has "NOT" yet done any "INVESTIGATION" as to whether "THIS"
RULING is "LEGAL" As my 1983 Claim was also dismiss,

Consequently. IT IS ORDERED as follows.

(1) The Clerk of Court shall issue summonses for Defendants Chill, Hext, and Key property
Management, and the U.S. Marshals Service shall serve a copy of the "COMPLAINT" [DE1],
the separate Memorandum Opinion and Order entered on this date this Order, and summonses
on these Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

ORDER NUMBER THREE

   "VIOLATION" Number One, On March 15, 2023 Key Property Management was
"EXECUTED" (DN 14).
On March 16 2023 Elishia Chill was "EXECUTED" (DN 13).
Accordingly, Key Property Management's deadline for filing an answer was "APRIL, 5 2023. And
Elishia Chill deadline was on "APRIL, 6 2023 . "NEITHER" Key property management or Elishia
Chill, or Counsel, Brian Darling  filed a reply,respond, or an answer. At this "POINT" Ms Regina
S. Edwards "SHOULD" have followed the rules and the laws of the courts and applied rule (4),
rule (6),rule (8),rule (9), Ms Regina S. Edwards Magistrate Judge also "SHOULD" have applied
Rule 11 (1).(2). (3). (4).also see, rule 12(C). "DUE" to Ms Edwards :DISRESPECT" and "HATE"
for Pro,Se and "HISPANICS" litigator, she "KNOWING" WILLFULLY" "INTENTIONALLY"

Violated Plaintiff "CIVIL" "RIGHTS" as she thought that plaintiff would "NOT" Check her "CRIMINAL" "ACTS". Mistakes,errors, or a good Faith error, This was "CLEAR" Violation of the rules and a Violation of Law as well as one committing a criminal crime. "WITH INTENT". As the Defendants "RESPONSE" was F/U to the courts. This was "INEXCUSABLE NEGLECT". Default judgment "SHOULD" have been entered. As this is when Ms Regina S. Edwards "VIOLATED" plaintiff "DUE PROCESS RIGHTS" DENY ACCESS TO THE COURTS. DENY THE RIGHT TO BE HEARD. SEE, Order filed on 04/ 20/ 2023. Ms Regina S Edwards Pleading for the Defendants by filing a motion for the Defendants for extension of time. This is :SHOWING", "FAVORITISM" and "LENIENCY" as well as "PREJUDICE" the plaintiff and causing unfair harm to the outcome as well as a clear violation of plaintiff civil rights. Ms S.Edwards is well [Versed] in the "LAW" or "SHOULD" be so these Acts were "NOT" a [Mistakes], or [error]. But "CORRUPTION"  and MOTIVATED Out of  [DISCRIMINATORY] "ACTS".


ORDER

On April 20, 2023 the court entered an order requiring Defendants Elishia Chill and Key Property Management to show cause for failure to timely file responsive pleadings after being served, (DN 16). The Order further required the plaintiff to file a status report within thirty days to file a written status report or properly show cause for his insufficient service may result in a recommendation of dismissal regarding his efforts to serve Defendants Laurie Hext.(Id).t Defendants Elishia Chill and Key Property Management timely filed responses indicating that although Plaintiff served them with a copy of summons, he failed to serve a copy of the Complaint., meaning Defendants have not property been made parties to this action. (DN 17:

DN 18 ). Based on these filings, the Court will require Plaintiff to show cause in writing for

His failure to properly serve Defendants Elishia Chill and Key Property Management, in addition

to his failure to serve Defendants Laurie Hext Plaintiff shall show cause in written status report

filed in the Court's record by May 24 2023 Plaintiff is warned that his failure to  file a written

status report or properly show cause  for his insufficient service may result in a

recommendation of dismissal of his claims for failure to prosecute.


"VIOLATION" Number Three, Ms Regina S Edwards "SHOULD" have known that she ordered

the clerk to "SERVE" the Defendants On 3/ 3/ 2023 as well the plaintiff. To serve Defendants

with a copy of the summon and a copy of the complaint. As plaintiffs serve them on 12/ 10/ 2021

as well. This would be the second time they have been served. This was "NOTHING" More

than a form of "CONSPIRACY"  by the Attorney and the Judge Ms Edwards  to "DELAY" these

proceedings "AGAIN". As the Defendants and Ms Regina Edwards had "DELAY" this case for

over a year.  They were quite  aware Of this complaint and had Plenty of time to prepare for this

case.  A layman could have readed the summon and told you that an action has been brought

against them. Also Defendants had access to an attorney that could have "EASILY" explain to

them that an action has been brought against them. "ABSOLUTELY" NO EXCUSE"

Ms Edwards was also quite aware of the two copies that they have received already but

"ONCE" again Ms Regina Edwards "CHOSE" to Violate plaintiff rights by delaying the case

again by ordering Plaintiff to show cause. This was nothing more than "PREJUDICE" to the

plaintiff "PLEADINGS" at this point the Defendants,Defendants Attorney, and Ms Edwards had

"ACCOMPLISH" to make a "MOCKERY" of Plaintiff and the court "SYSTEM". This Violated

Plaintiff "CIVIL" RIGHTS" to DUE PROCESS RIGHTS. As Defendants "SHOULD" have had a

Response at this time but Ms Edwards took their "BAD FAITH" answer and "BAD CAUSE"

actions. At this time  Judge Edwards should have dismissed this for violations of rule 4, rule 4.1

 Rule 6.Rule 7. Rule  Rule 8. And the case Should have been dismissed But "INSTEAD" Ms

Edwards "CHOSE" to commit a Crime and a Violation of the law. By filing an "OFFICIAL"

"DOCUMENT" Or Act. In pleading an official document or official act, It suffices to allege that the

document was "LEGALLY ISSUED" or the act "LEGALLY DONE" Rule 9(D) These acts by Ms

Edwards were "NOT" Good Faith acts but acts that was "INTENT" "WILLFULLY" to "HEARM"

plaintiff pleadings. Ms Regina Edwards "SHOULD" have known the law well enough to have

been able to "APPLY" JUDICIE" and the Rules as well the "LAW"  but did not. "INSTEAD"

violated plaintiff rights. Default Judgment Should have been entered.


ORDER (4)


"VIOLATION" Number 4. Defendants had from 4/ 20/ 2023 to file a reply, response, and an

answer. As they were given 14 days to do so. Well Ms Regina S. Edwards had Order them to

show cause as to why they have not been complying with court orders and failing to file timely

pleadings. Almost two months have passed as the plaintiff had to file their response for a status

report and motion to show cause. Default Judgment "SHOULD" be entered. As they were only

given 14 days to respond. Ms Edwards had the time to act as a Judge and should have applied

the Rules and the law. But instead she chose to Violate plaintiff rights "AGAIN". At this time

plaintiff saw that Ms Edwards was "NOT" going to or apply the rules or the law and continued to

Violate his rights as two months had gone by and Defendants was only given 14 days to reply

And did not. Ms Edwards thought that plaintiff was not "WELL VERSE" in the law enough to "REALIZE" as to what she was doing. Plaintiff then decided that Ms Edwards was "EXTREMELY" "RACIST" and was going to do everything she can to make sure that plaintiff is not "VICTORIOUS". "CANON LAW (1)  A judge shall uphold the integrity and independence of the judiciary. Canon 2: A judge shall avoid impropriety and the appearance of impropriety in all of the judge's activities. Canon 3 A judge shall perform the "DUTIES of judicial office impartially' and "DILIGENTLY".    On 6/ 1/ 2023 plaintiff filed his response, the court being "SATISFIED" and "ADVISED".  The Defendant's  Elishia Chill and Key property Management Attorney falling entered a appearance on their behalf only to come up with the fact that they were not serve with copley of the complaint after "TWO MONTHS" Defendant's attorney should have known all he had to do was contect the courts and ask for a copley of the complaint. But this was their plain to simply say that they were not served and hope that the judge dismiss the case. Due to due process violation. Ms Edwards Should have Once again filed for Default judgment. "INSTEAD" Gave them another 21 days.

ORDER (5)

"VIOLATION" Number 5. On 8/ 02/ 2023 there was an order in this court as the plaintiff had complied with court order and court being advised and satisfied. At this time Ms Edwards should have filed for a dismissal. As no response had been filed. And the fact that they were given 21 days to reply and did not. Plaintiff did not say anything because plaintiff knew that Ms Edwards was going to continue to keep on violating plaintiff rights and stay "SILENT" as he knew that this would only get better.

A judge should be faithful to , and maintain professional competence in, the law and should not be swayed by partisan, public clamor, or fear of criticism (2) A judge should hear and decide matters assigned, unless disqualified, and should maintain order and decorum in all judicial proceedings.   This case should have been dismissed. Due to Lack of "PROSECUTION". VIOLATION of plaintiff  Civil rights. And DUE PROCESS Rights. The right to be heard and the right to access the courts.

ORDER (6)

"VIOLATION" Number 6. On 9/ 21/ 2023 Plaintiff had filed a Motion for Status report as On 8/ 2/ 2023 this court entered an Order giving the Defendants and Defendants attorney 21 days to file a response, reply, or answer. Defendants "ONCE" again "DID" "NOT"  "RESPONSE" and their response was F/U "ONCE" again. As plaintiff ask this court for Default judgment and was "DENY" "DUE PROCESS, DENY ACCESS TO THE COURTS, DENY THE RIGHT TO BE HEARD,and "JUSTICE" And this is where Ms Regina S. Edwards showed her "EXTREME" "RACISM' Her Complete "DISRESPECT" and "DISREGARDS" for the "LAW" as well the "RULES" as she at this time "SHOULD" have "DISMISSED" this case as "LAW" Should have been"APPLIED" For Lack to "PROSECUTE" and a Complete disrespect to the Law, rules, court, and Plaintiff who they have been violating for over four years, as well  as this court. Ms Regina S. Edwards did exactly what Plaintiff thought she would do: Plead for them and show "FAVORITISM" "LENIENCY" and "REWARD" them for their complete disrespect for her.and plaintiff.

ORDER (7)

"VIOLATION" Number 7. On 10/ 17 2023 Defendants Elishia Chill and Key property

Management, and their Attorney Brian Darling Also this "COURT REPRESENTATIVE" Ms

Regina S. Edwards Magistrate Judge. "ALL" [Filed] a Motion in this Court To "Hurt", "Hearm",

"Insult" "intelligence", "Call him Stupid", "You never get it right", "Your worthless", "Destroy all his

hopes in life","Break his heart", "Convince him that he would never reach his goals"," Altering his

point of view in life", "Slowly breaking him apart", "DISCRIMINATE"  against him Deny him

Access to the courts, Deny him Access to be Heard, Deny him equal opportunity, Deny him the

First Amendment, the fifth Amendment, 6 Amendment, and the 14 Amendment, Violating his

Constitutional Rights, Violating the Canon Rules, Violating all the Court Rules, Violating the Code

of Conduct, Violating the Code of Ethic, Violating all the court Laws, Violating all the courts

Standards, And the "MOST" "WROSE" "TREATED" him  "AS" a "REDDIT". [ON] this [DAY] Ms

Regina S. Edwards  "had filed an Enlargement of Time but the problem is that the deadline was

Oct 11 2023. The other problem is that they had said F/U to this court on 9/21/ 2023 Ms S.

Edwards Stated that a good cause was shown.  "WILL" the problem is that at this time Ms

Edwards had no "AUTHORITY" over this case as the "ONLY thing that "SHOULD have been

done was for her to file for an "IMMEDIATE" "DISMISSAL" . These matters get worse On this

day the Plaintiff "NEVER" received a copy of the response or Never given a chance to respond,

to the "Defendant's Defense Rule7, Also SEE, Rule 10 Ms S. Regina Edwards Magistrate

Judge :COMMITTED the "MOST" "UTTERLY" "CRIMINAL" Act.) Of all times. Ms Regina S.

Edwards entered an order that was DISRESPECTFUL", To the "LAW" the "RULES" and THIS

COURTS.

As this Order One did not have it's complete Heading violation of Rule 9, This Order did not have the date the Defendants had filed their Motion, Violation of Rule 9,ThisOrder did not have a "Specific Explanation"As to what was the "good Cause" Violation of Rule 9, This Order did not have a "TITLE", Stating Its Purpose Violation of Rule 9, this "ORDER" Is Not Legal reason being Rule 9, is "CLEAR" and CONCISE", This is where Ms Regina S. Edwards "COMMITTED" the biggest "CIVIL" RIGHTS" Violation she "KNOWINGLY" WILLFULLY" "INTENTIONALLY" entered an ""ILLEGALLY" "DOCUMENT" In this court Violation of Rule 9,  Ms Regina S. Edwards "KNEW" that this Official Document or Act. In Pleading an official document or official act. It suffices to allege that the document was legally issued or the act legally "DONE". This "ORDER" is [NO] "GOOD". NOT "AUTHORIZED"   "BECAUSE" The Defenands Gave their "CLEAR" Respond that was F/U "INEXCUSABLE" "NEGLIGENCE"


PLAINTIFF IS ASKING THIS COURT TO SHOW CAUSE TO ALL OF  ITS VIOLATIONS AND FOR MS REGINA S. EDWARDS TO DISQUALIFY HERSELF REMOVE HERSELF EXCUSE HERSELF FROM THIS CASE DUE TO CIVIL RIGHTS VIOLATIONS Per Rule 2.11 and any other law that would apply.

RELIEF.

Plaintiff is asking for 1,000,000,000 Dollars for all Ms Regina . Edwards Total Disregards to the

Law and Rules as well as her Direct Disrespect for the Law and Rules, as well for the Plaintiff.

And because of Ms Regina S. Edwards and Rebacca Grady Jennings (DISCRIMINATORY

ACTS) and their (CONSPIRACY) to Violate Plaintiff Civil Rights, Constitutional Rights, The

Canon Laws, The Judicial code of Conduct, The Code Of ethic, Right to access to the Courts,

The Right to be Hard, The Federal Rules Of Civil Procedure, The Federal Starders, Due

Process Rights, equal Protection Rights, The First Amendment Rights, The Fifth Amendment

Rights, The sixth Amendment Rights, and The 14 Amendment Rights, And to make matters

worse they treated the plaintiff like a "REDDIT", and Because Ms Regina S. Edwards and Ms

Rebecca Grady Jennings "KNOWINGLY, WILLFULLY, and "INTENTIONALLY" Pleaded for the

Defendants, "INTENTIONALLY" Delaying this Case for three years, and Gave Defendants a

UNFAIR" ADVANTAGE Which  PREJUDICE and CORRUPTED the Outcome of his case.

Which was Worth 1,000,000,000 Dollars. Had Default Judgment been

entered legally Plaintiff would have been AWARDED his Claim. This Criminal ACTS and

ACTIONS "CAUSED The "INJURIES".For These reasons the Plaintiff is entitled to  ("ACTUAL")
or ("PUNITIVE" MONEY" DAMAGES").

CERTIFICATION and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

Knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of

litigation; (2)

Is supported by existing law or by a non frivolous argument for extending, modifying, or

reversing existing law; (3) the factual contentions have evidenting support or, if specifically so

identified, will likely have evidentiary support after a reasonable opportunity for further

investigation or discovery; and (4) the complaint otherwise complies with the requirements of
Rule 11.

Pro,Se. Plaintiff Alberto James Santiado Sr.

I agree to provide the Clerk's Office with any changes to my address where case-related papers
may be served. I understand that my failure to keep a current address on file with the Clerk's
Office may result in the dismissal of my case.

Date of signing: _November 1_ . 2023.

Signature of Plaintiff _Alberto Santiago_

Printed Names of Plaintiff _Alberto James Santiago Sr._