UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00565-CRS

ALBERTO JAMES SANTIAGO                                              PLAINTIFF

v.

MAGISTRATE JUDGE REGINA S. EDWARDS                                  DEFENDANT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the court being otherwise sufficiently advised, **IT IS ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted by this court.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further certifies that an appeal would be frivolous and therefore not taken in good faith. *See* 28 U.S.C. §1915(a)(3).

December 8, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiff, *pro se*